**Order entered July 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00854-CV

## IN RE PECOS COUNTY APPRAISAL DISTRICT, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01622**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court is relator's July 26, 2018 petition for writ of mandamus in which relator complains of the trial court's June [sic] 9, 2018 "Order on Non-Parties' Objections to Amended Deposition to Pecos County Appraisal District" and the trial court's July 9, 2018 "Order on Discovery and For Confidentiality." Kinder Morgan Production Company, LLC ("Kinder Morgan") seeks mandamus relief from the same orders in an original proceeding styled *In re Kinder Morgan Production Company, LLC* and docketed under cause number 05-18-00834-CV.

On the Court's own motion, we **ORDER** cause number 05-18-00854-CV **CONSOLIDATED** into cause number 05-18-00834-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-18-00854-CV and refile them in cause number 05-18-00834-CV and to treat cause number 05-18-00854-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00834-CV.

By order dated July 24, 2018, this Court requested that the real party in interest and respondent file responses to the petition for writ of mandamus filed in cause number 05-18-00834-CV.  We now request that the real party in interest and respondent also file responses to the petition for writ of mandamus filed by Pecos County Appraisal District.  We **DIRECT** the real party in interest and respondent to include any responses to the petition for writ of mandamus filed by Pecos County Appraisal District in their responses to the Kinder Morgan petition.  The consolidated responses shall be filed **by August 15, 2018**.

/s/    ROBERT M. FILLMORE
        JUSTICE